```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Angeles,

                Plaintiff,

      –v–

Sogno Toscano Tuscan Dream, Inc..,

                Defendant.

20-cv-08970 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    On October 28, 2020, electronic summons was executed as to Defendant. Dkt. No. 6. Defendant's response to the Complaint was due November 20, 2020. *Id.* Defendant has not responded. If Plaintiff intends to file a motion for default judgment, it shall do so by February 1, 2021. The conference scheduled for January 22, 2021 is hereby adjourned *sine die*.

SO ORDERED.

Dated: January 19, 2021
       New York, New York

                                     _____
                                        ALISON J. NATHAN
                                      United States District Judge